

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-07-00193-CR

_____

TOMMIE LOYD PRATER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 336th Judicial District Court
Fannin County, Texas
Trial Court No. 22064

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Tommie Loyd Prater has brought eight separate appeals[1] from eight jury convictions for various sexually related activities. In this appeal, from trial court number 22064, he was convicted of indecency with a child by sexual contact (J.A.P., a child under fourteen years of age) by touching her genitals on or about August 1, 2006. He was sentenced to twenty years' imprisonment and a $10,000.00 fine.

Upon reviewing the brief, we find one contention of error relevant to all convictions involving victim A.C.P., and two contentions of error relevant to the conviction involving victim T.L.P. There are no arguments or issues raised that are relevant to Prater's conviction in the instant case. Accordingly, with no allegation of error being shown in connection with this conviction, there is nothing for this Court to review.

---

[1]Prater appeals from eight convictions. In cause number 06-07-00187-CR, he appeals from his conviction of indecency with a child (A.C.P.) by sexual contact; in cause numbers 06-07-00188-CR through 06-07-00192-CR, he appeals his convictions of sexual assault of a child (A.C.P.). In each of these cases, Prater was sentenced to twenty years' imprisonment, to run consecutively, and $10,000.00 fines.

Prater appeals his conviction in cause number 06-07-00193-CR of indecency with a child (J.A.P.) by sexual contact. Prater was sentenced in this case to twenty years' imprisonment, to run consecutively, and a $10,000.00 fine.

Prater also appeals his conviction in cause number 06-07-00194-CR of aggravated sexual assault of a child (T.L.P.). He was sentenced to life imprisonment, to run consecutively, and a $10,000.00 fine.

We affirm the judgment.


                                        Jack Carter
                                        Justice


Date Submitted:        August 8, 2008
Date Decided:          September 15, 2008

Do Not Publish